UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMY JERMANE BRUNER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. CIV-25-124-J |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Plaintiff, a state inmate appearing pro se, filed a civil rights Complaint. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Amanda Maxfield Green consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Green ordered Plaintiff to properly sign the Complaint and either pay the filing fee or seek leave to proceed in forma pauperis no later than March 19, 2025. [Doc. Nos. 5, 7]. Plaintiff was warned that failure to comply "may result in the dismissal of this action." *Id.* Plaintiff failed to cure either deficiency, and Judge Green has issued a Report and Recommendation recommending the action be dismissed without prejudice. [Doc. No. 8]. Plaintiff did not object by the April 15, 2025 deadline and has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Griffith v. El Paso Cnty., Colorado*, 129 F.4th 790, 805 (10th Cir. 2025).

Because Plaintiff has failed to comply with the Court's orders, the Court ADOPTS the Report and Recommendation [Doc. No. 8] and DISMISSES Plaintiff's Complaint [Doc. No. 1] without prejudice. A separate judgment will enter.

IT IS SO ORDERED this 25th day of April, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE